# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>         Plaintiff(s),                  )<br>                                                      )<br>    vs.                                         )<br>                                                      )<br>KI YONG PARKER,                   )<br>                                                      )<br>         Defendant(s).              )<br>_____) | Case No.: 2:10-cr-547-RLH-PAL<br><br>**O R D E R**<br>(Motion for Reduction–#879) |

Before the Court is Defendant Ki Yong Parker's **Motion for Reduction of Sentence Pursuant to 18 USC § 3592 (c)(2) Based on a Retroactive Amendment to the United States Sentencing Guidelines** (#879, filed August 28, 2014).  The Government filed its Opposition (#880) on September 4, 2014.

Because the Defendant's Motion is based upon a "proposed" amendment to the United States Sentencing Guidelines, which have yet to be adopted, the Motion is premature.

IT IS THEREFORE ORDERED that Defendant Parker's **Motion for Reduction of Sentence Pursuant to 18 USC § 3592 (c)(2) Based on a Retroactive Amendment to the United States Sentencing Guidelines** (#879, filed August 28, 2014) is DENIED as premature, <u>without prejudice to refile the Motion</u> when and if the proposed amendment is adopted.

Dated: September 15, 2014.

_____
Roger L. Hunt
United States District Judge